CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 12 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TYLER DANIEL BETHEL,<br>    Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:17-cv-00083 |
| v. | ) <br> ) | **FINAL ORDER** |
| DIRECTOR,<br>    Respondent. | ) <br> ) <br> ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; Petitioner's motion for release pending review and motion to stay enforcement of the state judgment are **DENIED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 11th day of May, 2017.

/s/ Michael F. Urbanski
United States District Judge